UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHONDELL CROCKER,<br>Plaintiff,<br>v.<br>UNITED STAFFING SOLUTIONS,<br>Defendant. | No. 25-CV-6506 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

Plaintiff, proceeding *pro se*, filed a motion seeking a settlement conference in the above captioned matter. Dkt. Nos. 24, 25. Plaintiff is advised that because this case is an employment discrimination action filed *pro se*, it is already subject to mediation referral upon the filing of an Answer. *See* Dkt. No. 15 (Mediation Referral Order). However, in light of Plaintiff's request, no later than July 28, 2026, Defendant shall advise the Court whether it seeks referral for mediation or before a magistrate judge at this time, or whether it instead seeks to await resolution of the pending motion to dismiss.

SO ORDERED.

Dated: July 21, 2026
New York, New York

Ronnie Abrams
United States District Judge