UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shondell-Gregory Crocker,

Plaintiff,

-against-

United Staffing Solutions,

Defendant.

25-CV-06506 (RA) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This case has been referred to me for general pretrial purposes on October 2, 2026. A telephonic conference is scheduled for **Friday, October 9, 2026 at 2:00 PM.** The pro se plaintiff and counsel for defendant are directed to join the conference at the scheduled time and be prepared to discuss the status of the case. Please dial (646) 453-4442, Access Code: 248 221 373#.

DATED: October 5, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge