UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHONDELL-GREGORY CROCKER,

Plaintiff,

-against-

UNITED STAFFING SOLUTIONS,

Defendant.

25-CV-6506 (RA) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Defendant's request for an adjournment of the October 9, 2026 telephonic conference to an earlier time (ECF 37) is GRANTED. The telephonic conference is now scheduled for Friday, **October 9, 2026 at 10:00 AM Eastern**. The parties should be prepared to discuss the status of the case. Pro se Plaintiff and counsel for Defendant are directed to join the conference at the scheduled time by dialing my conference line at (646) 453-4442, Access Code: 248 221 373#.

DATED: October 6, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**