UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHONDELL-GREGORY CROCKER,

Plaintiff,

-against-

UNITED STAFFING SOLUTIONS,

Defendant.

25-CV-6506 (RA) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on October 9, 2026:

1. Plaintiff's motion asking the Court to review his opposition to a motion to dismiss by Defendant (ECF 24) is GRANTED; it is the Court's practice to review all appropriate filings, and the Court will review Plaintiff's opposition to the pending motion to dismiss.

2. Plaintiff's motion asking the Court to set a settlement conference (ECF 25) at this time is DENIED. Defendant confirmed that at this time it does not believe a settlement conference would be productive.

3. Plaintiff's motion for inquiry into the status of Defendant's counsel (ECF 34) is GRANTED. The Court has confirmed that Mr. Torre and Mr. Berman are members in good standing of the bar of this Court.

4. By agreement of the parties, discovery in this matter is stayed until after a decision on the pending motion to dismiss the operative complaint.

The Clerk of Court is respectfully requested to terminate ECF 24, 25 and 34.

DATED: October 9, 2026
New York, NY

SO ORDERED.

______________________________
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**